FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Matthew James Channon
(year of birth 1977)

*Defendant(s)*

Case No. **26mj1630**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 1, 2026 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(a)(6) | Knowingly Making a False Statement in Connection with the Purchase of a Firearm. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

TFO G. Cummings
*Complainant's signature*

ATF TFO Geoffrey Cummings
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 4/8/2026

*Judge's signature*

City and state: Albuquerque, New Mexico

Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**MATTHEW JAMES CHANNON,**<br><br>Defendant. | Case No. ______________________ |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Geoffrey Cummings, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Geoffrey Cummings, am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

2. Beginning in 2018, I attended and successfully completed the Bernalillo County Sheriff's Office regional training academy. In 2020, I attended and successfully completed the Albuquerque Police Department training academy. From 2024-2026, I was a Detective with the Albuquerque Police Department's Criminal Investigative Division, first with the Impact Task Force, and currently assigned to the Gun Violence Reduction Unit. I have attended and completed numerous professional development courses related to criminal investigations. Since 2025, I have been a TFO with the ATF.

3. As a TFO with the ATF, and through my experience as a local law enforcement officer, I have conducted physical surveillance, as well as interviews with victims, witnesses, and defendants. I have served search and arrest warrants, and have conducted investigations related to firearms offenses. As a result of my training and experience as an ATF TFO, I submit this affidavit based on probable cause that Matthew James Channon (CHANNON) has committed a violation of Title 18, United States Code, Section 922(a)(6), that being knowingly making a false statement in connection with the purchase of a firearm.

4. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States who is empowered by law to conduct investigations and make arrests for the offenses enumerated in Title 18, United States Code.

5. I am familiar with the information contained in this Affidavit based upon the investigation that I have conducted, on my conversations with other law enforcement officers or industry operations investigators who have engaged in various aspects of this investigation, and on my review of reports written by other law enforcement officers involved in this investigation. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are relevant to a determination of probable cause to support the issuance of the requested complaint and warrant. When the statements of others are set forth in this Affidavit, they are set forth in substance and in part.

**SUMMARY OF PROBABLE CAUSE**

6. On April 7, 2026, I was notified by U.S. Marshals Service (USMS) Deputy (DUSM) Kearby Bridges that a male identified as CHANNON, a convicted felon, attempted to purchase a firearm on April 1, 2026, from Federal Firearms Licensee (FFL) Bass Pro Shop, located at 5151 Lang Ave NE, Albuquerque, NM, 87109. In the course of this attempted purchase, CHANNON provided false information about his felony status on ATF Form 4473- Firearms Transaction Records.

7. On April 6, 2026, DUSM Bridges was informed of a Firearm Denial Notice that advised CHANNON was denied during a firearm background check on April 1, 2026, at 11:48 a.m. at the Bass Pro Outdoor World, LLC located at 5151 Lang Ave NE, Albuquerque, NM, 87109. The basis for the denial was CHANNON's prior felony conviction, that is a crime punishable by imprisonment for a term exceeding one year.

8. On that same date, USMS Deputies advised they spoke with management at the Bass Pro Shop. During this time, video footage was pulled by management and reviewed by Deputies, including DUSM Bridges. The video showed CHANNON enter the Bass Pro Shop at approximately 9:03 a.m. on April 1, 2026. CHANNON was noted wearing a black shirt, blue jeans with white shoes. DUSM Bridges advised she was able to identify CHANNON as the male in the security footage wearing the black shirt, blue jeans with white shoes through her past contact with CHANNON to further include being able to identify CHANNON through past photographs.

9. During his time at Bass Pro Shot, CHANNON completed paperwork to request to purchase an AR-style shotgun (Model: Ermox XPRO T shotgun, chambered in 12 gauge, with serial number 630-H24PT-12925).

10. On April 6, 2026, DUSM Bridges spoke with ATF Resident Agent in Charge (RAC) Brenton Hutson who confirmed CHANNON had filled out ATF Form 4473- Firearms Transaction Records, indicating he was not a convicted felon. In reviewing a copy of ATF Form 4473- Firearms Transaction Records, I confirmed the form reflected the requested purchase of one long gun, as described above. On ATF Form 4473, CHANNON indicated he was the actual buyer/transferee of the listed long gun. In response to the question: "Have you ever been convicted in any court, including

military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?" CHANNON checked the box "No." On ATF Form 4473, CHANNON further signed to certify his answers were "true, correct, and complete." I am aware that the ATF Form 4473 asks about a purchaser's felony status because this is a fact that is material to the lawfulness of the sale/purchase of a firearm. There is probable cause to believe that CHANNON lied about his felony status with the intention of deceiving the dealer about this material fact.

11. I obtained and reviewed a prior Judgment issued in the United States District Court, District of New Mexico, in Cause No. 13-CR-0966-JCH, indicating CHANNON was sentenced on October 20, 2016, for five counts of wire fraud, in violation of Title 18, United States Code, Section 1343. *U.S. v. Channon,* 13-CR-0966-JCH, Doc. 379. CHANNON was sentenced to a term of imprisonment of twelve months and 1 day on each count of conviction. Following an appeal, the judgment became final on or about October 1, 2018. CHANNON completed his custodial sentence and was terminated from supervised release on December 3, 2021.

## CONCLUSION

12. Based on the foregoing facts, I submit there is probable cause to believe Matthew James Channon committed a violation of Title 18, United States Code, Section 922(a)(6) – Knowingly Making False Statements in Connection with the Purchase of a Firearm, on or about April 1, 2026, within the District of New Mexico. I respectfully request a warrant be issued for his arrest.

Respectfully submitted,

TFO G. Cummings

Geoffrey Cummings, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Electronically submitted and telephonically sworn
to me this 8th day of April 2026:

STEVEN C. YARBROUGH
United States Magistrate Judge