AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 09 2026
MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Matthew James Channon
(year of birth 1977)

*Defendant*

Case No. **26mj1630**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Matthew James Channon, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(6): Knowingly Making a False Statement in Connection with the Purchase of a Firearm.

Date: 4/8/2026

Steve Yarbrough
*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/8/2026, and the person was arrested on *(date)* 4/9/2026 at *(city and state)* Albuquerque, NM.

Date: 4/9/2026

*Arresting officer's signature*

Paul [illegible]
*Printed name and title*