**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 26-MJ-1630 | UNITED STATES vs. CHANNON | |
| Hearing Date: | Monday, April 13, 2026 | Time In and Out: | 9:52 am – 11:03 am & 2:48 pm – 3:13 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Matthew James Channon | Defendant's Counsel: | Daniel Snyder |
| AUSA: | Paul Mysliwiec | Pretrial/Probation: | M. Pirkovic/G. Rodriguez |
| Interpreter: | | Witness: | S/A Paula Steeples, ATF |

| | | | |
|---|---|---|---|
| **Initial Appearance** | | | |
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |
| **Preliminary/Show Cause/Identity** | | | |
| ☐ | Defendant | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |
| **Detention** | | | |
| ☐ | Defendant waives right to contest detention | | |
| ☐ | | | |
| **Custody Status** | | | |
| ☒ | Defendant remanded to the custody of United States Marshal's Service | | |
| ☐ | Conditions | | |
| **Other** | | | |
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver | | |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. | | |
| ☐ | Matter referred to for Final Revocation Hearing | | |
| ☒ | Court- re detention hearing to be held; Snyder-argues against; USA-responds; Court-findings; USA-direct of S/A ATF (Exh 1,2,3) Court-admits exhibits; Snyder-requests documents; Court-questions; USA responds; Snyder cross of S/A ATF; USA-calls PTS; Snyder objects to this witness; USA-direct of PTS/incourt identification of deft; Snyder-cross of PTS; Court; Snyder-argues no prob cause; USA-responds; Court-finding probable cause; PTS-continues recommendation of release w/mental health; USA-responds/proffers detention, requests custody of AG for evaluation; Court denies request for custody to AG; USA-responds; Court-responds/would like mom as 3rd party cutodian; HEARING continued until 2:30 pm; BREAK Court-questions; PTS responds; Court-findings; | | |